**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH OLIVER,<br><br>            Plaintiff,<br><br>        v.<br><br>DARRYL ADAMS, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00088-LJO-SAB (PC)<br><br>ORDER AS TO WHY ENTRY OF DEFAULT SHOULD NOT BE ENTERED AS TO DEFENDANT GRANNIS<br><br>[ECF No. 53] |

Plaintiff Kenneth Oliver is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding Plaintiff's claim under the Religious Land Use and Institutionalized Persons Act against Defendants Cates, Adams, Davis, Fields, Smith, El-Amin, Grannis, Kostecky, and Does Four through Six; Plaintiff's claim under the First Amendment for violation of the Free Exercise of religion against Defendants Cate, Adams, Davis, Field, Smith, El-Amin, Grannis, Kostecky, and Does Four through Six; Plaintiff's claim under the First Amendment for violation of the Establishment Clause against Defendants Cate, Adams, Davis, Field, Smith, El-Amin, Grannis, Kostecky, Van Klaverer, and Does Four through Six; and Plaintiff's claim for violation of the Equal Protection Clause against Defendants Cates, Adams, Davis, Field, Smith, Van Klaverer, El-Amin, Grannis, Kostecky, and Does Four through Six.

///

Despite filing a waiver of service of the summons and complaint on October 5, 2016, Defendant Grannis has not filed a response to Plaintiff's complaint. (ECF No. 53.)

Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

On this record it appears that entry of default is appropriate. Accordingly, within thirty (30) days from the date of service of this order, Plaintiff shall indicate whether entry of default as to Defendant Grannis is appropriate.

IT IS SO ORDERED.

Dated:   **December 23, 2016**

UNITED STATES MAGISTRATE JUDGE