UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER,<br><br>              Plaintiff,<br><br>       v.<br><br>DARRYL ADAMS, et al.,<br><br>              Defendants. | Case No.: 1:14-cv-00088-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART AND DENYING IN PARTY DEFENDANT GRANNIS'S MOTION TO DISMISS<br><br>[ECF Nos. 57, 62] |

Plaintiff Kenneth Oliver is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 15, 2017, the Magistrate Judge filed a Findings and Recommendations recommending that Defendant Grannis's motion to dismiss be granted in part and denied in part. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 15, 2017, are adopted in full;
2. Defendant Grannis's motion to dismiss is granted in part and denied in part as follows:
   a. Denied as to dismissal of Plaintiff's claims for declaratory and injunctive relief based on policy of CDCR;
   b. Granted as to dismissal of all claims for monetary damages in official capacity;
   c. Granted as to dismissal of monetary damages under RLUIPA;
   d. Denied for dismissal as barred by the statute of limitations; and
3. All defendants shall file a response to the complaint within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 30, 2017**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE