1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7   KENNETH OLIVER,                          ) Case No.: 1:14-cv-00088-LJO-SAB (PC)
                                             )
8                    Plaintiff,              )
                                             ) ORDER GRANTING PLAINTIFF'S REQUEST
9           v.                               ) FOR MODIFICATION OF THE DISCOVERY
                                             ) AND SCHEDULING ORDER
10  DARRYL ADAMS, et al.,                    )
                                             ) [ECF No. 68]
11                   Defendants.             )
                                             )
12  _____ )

13          Plaintiff Kenneth Oliver is appearing pro se and in forma pauperis in this civil rights action

14  pursuant to 42 U.S.C. § 1983.

15          Currently before the Court is Plaintiff's request for modification of the Court's discovery and

16  scheduling order, filed on October 23, 2017.  Defendants have not filed an opposition and the time to

17  do so has passed.

18          Based on the showing of good cause, it is HEREBY ORDERED that Plaintiff's request for

19  modification of the Court's April 20, 2017 discovery and scheduling order is granted.  The Court's

20  scheduling order is amended as follows: Deadline to Amend Pleadings-**January 19, 2018**; Discovery

21  Deadline-**March 20, 2018**; and Dispositive Motion Deadline-June 1, 2018.  All other provisions and

22  deadlines set forth in the Court's April 20, 2017 discovery and scheduling order remain in full force

23  and effect.

24

25  IT IS SO ORDERED.

26  Dated:   **November 27, 2017**                _____

27                                               UNITED STATES MAGISTRATE JUDGE

28

1