# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER,<br><br>        Plaintiff,<br><br>v.<br><br>DARRYL ADAMS, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00088-LJO-SAB (PC)<br><br>ORDER DIRECTING COUNSEL MICHAEL S. ROMANO TO SUBMIT A SUBSTITUTION OF ATTORNEY AS REQUIRED BY LOCAL RULE 182(g) WITHIN TWENTY-ONE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

      Plaintiff Kenneth Oliver is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On January 11, 2018, counsel Michael S. Romano filed a notice of appearance on behalf of Plaintiff, Kenneth Oliver, signed only by counsel. (ECF No. 70.)

      Counsel is advised that when an attorney seeks to represent a pro per party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by the attorney and the party. That substitution must be approved by the court so the words "IT IS SO ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at the end of each Substitution of Attorneys.

///

///

///

Accordingly, within **twenty-one (21)** days of the date of this order, Mr. Romano shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g). If a Substitution of Attorneys is not filed, the Court will assume Plaintiff continues in this action pro per and counsel Romano will be removed as counsel of record in this case.

IT IS SO ORDERED.

Dated: **January 12, 2018**

UNITED STATES MAGISTRATE JUDGE