# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KENNETH OLIVER,

      Plaintiff,

   v.

DARRYL ADAMS, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:14-cv-00088-LJO-SAB (PC)

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE

[ECF No. 75]

      Plaintiff Kenneth Oliver is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On January 24, 2018, the parties submitted a stipulation of voluntary dismissal, with prejudice and with each party to bear its own costs, fees, and expenses.  In light of the stipulation of the parties, this action has been terminated.  Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

      Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  __**January 25, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE